FILED

APR 2 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER KELLY FERRARI, Defendant. | CR 15-8-M-DLC<br><br>ORDER |

Before the Court is Defendant Christopher Kelly Ferrari's Motion for Early Termination of Supervised Release (Doc. 37). Although the United States objects to the motion, it has not filed a brief in opposition. On January 22, 2016, Ferrari was sentenced to 12 months and a day in custody, followed by three years of supervised release. Ferrari's term of supervised release commenced on January 13, 2017. Ferrari requests early termination of his supervised release before its automatic termination on January 13, 2020.

Federal law provides that a court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to

-1-

terminate a term of supervised release, a court shall consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

Here, "the history and characteristics of the defendant" counsel in favor of granting Ferrari's motion. 18 U.S.C. § 3553(a)(1). Ferrari has completed over two-thirds of his term of supervised release. He has secured stable employment, as attested to by current and former employers. Ferrari has successfully complied with all conditions of his supervision; indeed, he appears to be thriving both personally and professionally. The Court is convinced that the interests of justice and, particularly, Ferrari's success to date justify early termination of probation. Accordingly,

IT IS ORDERED that Ferrari's Motion (Doc. 37) is GRANTED. The term of supervised released imposed by the January 22, 2016 Judgment is TERMINATED as of the date of this Order. Ferrari is hereby DISCHARGED from the sentence of supervised release in this case.

DATED this 2nd day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court